Respondent, and Others, Defendants.—Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JOSEPH W. NASSAUER, Respondent, v. CHARLES J. TAGLIABUE and Another, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

MOSES F. NELSON, Respondent, v. WILLIAM B. BEAM, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN KATZ, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. GREGG, Respondent, v. THE BOARD OF SUPERVISORS OF THE COUNTY OF ORANGE, Appellant.— The order denying the motion to resettle the order appealed from is reversed, and the order granting the writ is modified by striking therefrom the words " on the merits; " and as modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, Respondent, v. THE BOARD OF SUPERVISORS OF THE COUNTY OF ORANGE, Appellant.— The order denying the motion to resettle the order appealed from is reversed, and the order granting the writ is modified by striking therefrom the words " on the merits; " and as modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. HAROLD McCORD, Respondent, v. THE BOARD OF SUPERVISORS OF THE COUNTY OF ORANGE, Appellant.— The order denying the motion to resettle the order appealed from is reversed, and the order granting the writ is modified by striking therefrom the words " on the merits; " and as modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER G. STORY, Appellant, v. MORRIS CUKOR and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and THOMAS C. MURRAY and MARY B. UPSHAW, Intervenors.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

SARAH V. RANDALL, Respondent, v. L. M. BLUMSTEIN, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ALFREDO SALMAGGI, Respondent, v. LEGA MUSICALE ITALIANA, INC., and FERRUCCIO F. CORRADETTI, Appellants.— Orders affirmed, with only ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, and Rich, JJ., concur; Blackmar, J., dissents on the ground that the article